**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Schrum, ) | |
| ) | |
| Plaintiff, ) | No. CIV04-619-PHX-RCB |
| ) | |
| vs. ) | O R D E R |
| ) | |
| The Burlington Northern Santa ) | |
| Fe Railway Company, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |
| The Burlington Northern Santa ) | |
| Fe Railway Company, a ) | |
| corporation, ) | |
| ) | |
|     Third Party Plaintiff ) | |
| ) | |
| vs. ) | |
| Chemical Lime Company of ) | |
| Arizona, a corporation; ABC ) | |
| Corporations I-IV, fictitious ) | |
| corporations, ) | |
| ) | |
|     Third Party Defendants. ) | |
| _____ ) | |

Currently pending before the court is a "Motion for *In Camera* Inspection" by defendant/third-party plaintiff, The Burlington Northern Santa Fe Railway Company ("BNSF") (doc. 145). Having considered that motion, the objections thereto by third-party

defendant Chemical Lime Company of Arizona (doc. 146), and BNSF's Reply (doc. 148), the court finds that conducting an *in camera* review of BNSF's unredacted time itemized statement of attorneys' fees will assist the court in resolving BNSF's Application for Attorneys' Fees and Costs (doc. 132). Accordingly, the court hereby ORDERS:

(1) that BNSF's Motion for *In Camera* Inspection (doc. 145) is GRANTED: and

(2) within ten (10) days from the date of entry of this order, BNSF is directed to file with the Court under seal an unredacted itemized statement of attorneys' fees which it is seeking in connection with this action.

DATED this 31st day of March, 2008.

Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record